

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN BACQUES, et al. | * | CIVIL ACTION NO.: 06-7549 |
| | * | |
| | * | JUDGE: VANCE |
| VERSUS | * | |
| | * | MAGISTRATE: CHASEZ |
| ALLSTATE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Partial Motion to Dismiss Plaintiff Lorraine Moreau, With Prejudice;

**IT IS ORDERED** that the Partial Motion to Dismiss Plaintiff Lorraine Moreau, With Prejudice be and hereby is **GRANTED,** and that the claim of Lorraine Moreau asserted herein against Defendant and Allstate Indemnity Company be and hereby is dismissed with prejudice. All claims asserted by other Plaintiffs are reserved.

New Orleans, Louisiana, this 10th day of January, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep__72403_
___ Doc. No_____